**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RHONDA HALL and BOYD HALL                                                                                           PLAINTIFF

v.                                          No. 3:09CV00200 JLH

ANTHONY BENTLEY, D.O.                                                                                              DEFENDANT

**ORDER**

The plaintiffs have filed a motion for leave to amend the complaint. The defendant has responded, stating that he has no objection to the amended complaint, provided that the case is continued from the February trial setting so as to enable the defendant to conduct discovery relating to the new allegations in the amended complaint.

The motion for leave to amend the complaint is GRANTED. Document #11. The plaintiffs must file their amended complaint within seven days of the entry of this Order.

This action is removed from the February trial docket. A new scheduling order will be entered separately. The motion for additional time to submit expert reports is GRANTED. Document #12.

IT IS SO ORDERED this 10th day of November, 2010.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE