IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RHONDA HALL and BOYD HALL                                           PLAINTIFFS

v.                            Case No. 3:09CV00200 JLH

ANTHONY BENTLEY, D.O.                                                DEFENDANT

### ORDER

Rhonda Hall and Boyd Hall have filed a motion for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The motion is GRANTED. Document #20. This action is hereby dismissed without prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 19th day of January, 2011.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE